**LAW OFFICE OF DAVID A. ZELMAN**
709 Eastern Parkway
Brooklyn, New York 11213
(718) 604-3072
Fax (718) 604-3074

January 8, 2019

**VIA ECF:**
Honorable William F. Kuntz
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** Anthony Murray v. City of New York, et. al
**Case No**: 15-cv-00599-NG-VVP

Your Honor:

I am the attorney for Plaintiff Anthony Murray.

The defendants issued a Rule 68 offer of Judgment in this matter dated January 2, 2019.

The Offer of Judgment provides $15,001 to the client plus reasonable costs, expenses and attorneys' fees up to the date of January 2, 2019.

Following discussion with my client, he has accepted the defendants' Rule 68 Offer of Judgment dated January 2, 2019.

I respectfully request 45 days from the date of this letter to submit a motion for attorneys fees, costs and expenses. This time will provide counsel sufficient time to discuss the attorneys fees motion and potentially resolve those issues as well. However, if the issue is not resolved I therefore request that the plaintiff's motion for costs, expenses and attorneys fees be submitted by February 22, 2019.

Thank you for your consideration.

Cc: Valarie Smith, Esq. (Via. ECF)

Respectfully Submitted:

/S

David Zelman, Esq.